**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 792 MAL 2019

           Respondent            :

                                            :   Petition for Allowance of Appeal
                                            :   from the Order of the Superior Court

           v.                          :

                                            :

NORMAN WILLIAMS,                 :

                                            :

           Petitioner                  :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.